428 A.2d 241

Commonwealth v. Hightower a/k/a Grant, Appellant.

Submitted March 31, 1978. Andrew B. Gay, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before JACOBS, P. J., and HOFFMAN, CERCONE, PRICE, VAN der VOORT, SPAETH and HESTER, JJ.

Judgment of sentence affirmed.

JACOBS, former P. J., did not participate in the consideration or decision of this case.